ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Intercontinental Construction Contracting, Inc. | ) ASBCA No. 64298 |
| | ) |
| | ) |
| Under Contract No. W912DS-19-C-0016 | ) |

APPEARANCE FOR THE APPELLANT:  Hal J. Perloff, Esq.
 Husch Blackwell LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
 Engineer Chief Trial Attorney
 Barbara Hebel, Esq.
 Lorraine Lee, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 14, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64298, Appeal of Intercontinental Construction Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:  August 14, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals